AO 91 (Rev. 11/11)  Criminal Complaint

> FILED BY_____D.C.
>
> APR - 2 2021
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT

for the

District of Oregon

**SEALED**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:21-mj-00075 |
| LEONARDO CAMERON | ) | |
| | ) | **OUR CASE NO:21-6191-STRAUSS** |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July-August 2020_____ in the county of _____ in the _____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344; | Bank Fraud; |
| 18 U.S.C. § 1349; | Conspiracy to Commit Bank Fraud; |
| 18 U.S.C. § 1028A; | Aggravted Identity Theft; |
| 18 U.S.C. § 1001 | False Statements |

This criminal complaint is based on these facts:

**See attached affidavit.**

> Certified to be a true and correct
> copy of original filed in this District
> Dated: __03/19/2021__
>
> **MARY L. MORAN, Clerk of Court**
> U.S. District Court of Oregon
> By: __s/K. Garcia__
>
> Pages     1     Through     29

☑ Continued on the attached sheet.

_____
By phone IAW Fed. R. Crim. P. 4.1
*Complainant's signature*

Special Agent Clinton Lindsly, DHS/ICE/HSI
*Printed name and title*

Sworn to via telephone at 12:10pm.

Date: ___03/19/2021___

_____
*Judge's signature*

City and state: _____Portland, Oregon_____

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

3:21-mj-00075

# SEALED

DISTRICT OF OREGON, ss:          AFFIDAVIT OF CLINTON LINDSLY

## Affidavit in Support of an Application
## for a Criminal Complaint

I, Clinton Lindsly being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.    I have been employed as a Special Agent (SA) by Department of Homeland

Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security

Investigations (HSI) since August of 2010.   I am currently assigned to the ICE/HSI Office of the

Assistant Special Agent in Charge, in Portland, Oregon narcotics unit.   Previously, I was

assigned to the ICE/HSI Office in Los Angeles, California, where I worked for over six years in

a money laundering and narcotics group that specialized in undercover operations.   My formal

law enforcement training includes successfully completing the 23-week HSI basic training

course at the Federal Law Enforcement Training Center in Glynco, Georgia.   During the

training, I learned how controlled substances are manufactured, consumed, packaged, marketed,

and distributed.   Since then, I have participated in dozens of investigations which utilized

wiretaps, controlled purchase operations, physical surveillance, trash searches, electronic vehicle

tracking, pole cameras, cars with hidden compartments used to transport drugs, buy/walks, buy/

busts, cell phone geo-location techniques, cell-site simulators, undercover operations including

narcotics and money laundering, informants, search warrants, interviews, arrests, and/or pen

register/trap and trace orders.   I have interviewed and managed informants in drug cases,

prepared and executed search warrants, arrested and interviewed suspects, conducted physical

surveillance, and operated/utilized electronic and video surveillance during my drug

investigations.

**Affidavit of Clinton Lindsly**                                              **Page 1**

2.      Additionally, I have conducted financial investigations involving sophisticated money laundering techniques and fraud.   During these investigations, I have become familiar with how individuals travel from one state to another state to commit crime sprees while using rental vehicles.   During these crime sprees, suspects often steal credit cards, identifications, checks, financial instruments, bank account information, or other personal identifying information from breaking into vehicles or homes.   After successfully stealing these financial instruments, the individual then commits numerous credit card transactions at retail merchants themselves or recruits other individuals to conduct the transactions, often times purchasing valuable electronics or gift cards.   Also, some of these individuals will attempt to act as an "imposter" at the victim's financial institution in order to cash other stolen checks.   The imposters frequently utilize the drive-thru lanes at financial institutions due to the lower quality of cameras and a lessor chance of the bank employee detecting that the imposter isn't the purported individual.   Additionally, the imposters wear wigs, make-up, and similar clothing to the victim they are attempting to impersonate.   The imposters generally swap out their license plates with stolen license plates as well to avoid detection by law enforcement while conducting the fraudulent transaction on camera.   I know that these crimes often go unsolved due to the multi-jurisdictional nature of the crime spree as well as a lack of witnesses who can identify the individual's true identity.   Furthermore, often times during these thefts several members are participating including co-conspirators conducting surveillance for law enforcement, witnesses, and/or assisting with the break-ins themselves.   This requires these members to be in communication, which is often done by the use of a cell phone.

3.      I know based on my training and experience that the above fraudsters often recruit and communicate with co-conspirators via social media platforms about their criminal conduct,

**Affidavit of Clinton Lindsly**                                                    **Page 2**

such as Instagram.   These individuals often share numerous photographs of the profits of their

criminal activity such as piles of United States currency.   These photographs can provide

Investigators with valuable information such as their location, the vehicles that they were driving

during their crime spree, photographs of their co-conspirators, or other information that can

provide evidence for the crimes under investigation.

4.      I submit this affidavit in support of an application charging **Leonardo**

**CAMERON** with violations of 18 U.S.C. § 1344 – *Bank Fraud*; 18 U.S.C. § 1349 – *Conspiracy*

*to Commit Bank Fraud*; 18 U.S.C. § 1028A – *Aggravated Identity Theft*; and 18 U.S.C. § 1001 –

*False Statements*.   As set forth below, I have probable cause to believe that **CAMERON**

committed those offenses.

5.      This affidavit is intended to show only that there is sufficient probable cause for

the requested warrant and does not set forth all of my knowledge about this matter.   The facts

set forth in this affidavit are based on my own personal knowledge, knowledge obtained from

other individuals during my participation in this investigation, including other law enforcement

officers, interviews of witnesses, a review of records related to this investigation,

communications with others who have knowledge of the events and circumstances described

herein, and information gained through my training and experience.

**Target Offenses**

6.      18 U.S.C. § 1344 provides:

> Whoever knowingly executes, or attempts to execute, a scheme or
> artifice—
> (1)     to defraud a financial institution; or
> (2)     to obtain any of the moneys, funds, credits, assets, securities, or
> other property owned by, or under the custody or control of, a financial

/ / /

institution, by means of false or fraudulent pretenses, representations, or promises;

shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

7.   18 U.S.C. § 1349 provides:

Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

8.   18 U.S.C. § 1028A provides, in part:

Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years.

9.   18 U.S.C. § 1001 provides, in part:
Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (2) makes any materially false, fictitious, or fraudulent statement or representation shall be fined under this title, imprisoned not more than 5 years.

### Statement of Probable Cause

*HSI Investigates Bank Fraud*

10.   In August 2020, First Tech Federal Credit Union[1] (FTFCU) provided information to me regarding a bank member victim (AV1) who was impersonated six times.   The impersonator negotiated AV2's stolen checks and or withdrew money from AV1's savings account.   AV1 and AV2 both had their cars broken into and their purses stolen, resulting in the

---

1 FTFCU is federally insured by the National Credit Union Administration and therefore meets the federal definition of a "financial institution" pursuant to 18 U.S.C. § 20.
**Affidavit of Clinton Lindsly**                                                                 **Page 4**

loss of identification documents, bank cards, and/or checkbooks.   On July 29, 2020 and July 30, 2020, the impersonator, who was later identified by photograph as Jennifer WRIGHT, drove through several different FTFCU branch drive thru locations in Hillsboro and Beaverton (District of Oregon) and presented stolen checks for cash and/or withdrew money from the AV1's savings account.   In each of these instances, it is believed that WRIGHT drove a white Chevrolet Equinox LT, which was later identified to have been rented by Nancy Jean BAPTISTE.   This activity resulted in a loss of approximately $12,669 to FTFCU.

11.     Based on the investigation, Investigators obtained federal search warrants for historical cell phone records for WRIGHT and BAPTISTE, including cell tower and/or geolocation data.   WRIGHT was identified to use cell phone number 443-704-7511 (WRIGHT's Cell Phone) and BAPTISTE was identified to use cell phone number 954-319-3841 (BAPTISTE's Cell Phone).   During my review of these records, I identified that WRIGHT and BAPTISTE were located in close proximity to the bank fraud transactions at FTFCU and/or the thefts from the victim's vehicles.

12.     On November 12, 2020, a Grand Jury in the District of Oregon indicted WRIGHT and BAPTISTE for the following federal law violations: one count 18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud, six counts 18 U.S.C. § 1344 – Bank Fraud, and six counts 18 U.S.C. § 1028A – Aggravated Identity Theft.

*WRIGHT and BAPTISTE Identify Third Co-Conspirator – Leonardo CAMERON*

13.     On November 16, 2020, pursuant to the above indictment, WRIGHT was arrested in Orlando, Florida and BAPTISTE was arrested in Fort Lauderdale, Florida.   Both agreed to be interviewed by Investigators by signing a written *Miranda* waiver.   No promises or assurances were made to WRIGHT or BAPTISTE in exchange for their statements.   In summary:

**Affidavit of Clinton Lindsly**                                                                                      **Page 5**

a.     WRIGHT stated that she was in Portland, Oregon and cashed two or three fraudulent checks in July 2020.   WRIGHT stated that she didn't know the checks were stolen but thought that the person she was traveling with had printed them.   WRIGHT stated that she was traveling with a black male that used the Instagram handle "Lowkey," and his girlfriend (believed to be co-defendant BAPTISTE).   WRIGHT stated that for every check she successfully cashed, she was paid 10% of the profits.   WRIGHT stated that the man was saved in her phone as "Lowkey" and that she didn't know the name of the female or have her phone number.   WRIGHT was arrested with a cell phone that had a corresponding phone number of 443-704-7511 (WRIGHT's Cell Phone).   According to criminal history records, WRIGHT has multiple state convictions for forgery, financial fraud, identity theft, grand larceny, grand theft, and is charged in this investigation for bank fraud and aggravated identity theft.   Additionally, when first interviewed, WRIGHT wasn't completely truthful.   When asked why, WRIGHT told Investigators that she was scared.   However, I believe the statements provided by WRIGHT to be truthful regarding the involvement of **CAMERON**.   **CAMERON's** involvement has been independently corroborated by this investigation involving toll records, wire transfer records, historical cell tower location data, independent statements by her co-conspirator BAPTISTE, and my review of WRIGHT's Instagram account.

b.     BAPTISTE stated that she met a guy named "Leonardo Cameron" on Instagram and that his date of birth was January 30, 1995 (**CAMERON**).   BAPTISTE explained that **CAMERON** originally contacted her on Instagram by telling her that she was pretty and offered her to make money by flying to cities and renting cars / hotels and that his Instagram profile name was "__lowkeyyyy__" (**CAMERON's** Instagram).

**Affidavit of Clinton Lindsly**                                                         **Page 6**

BAPTISTE then agreed to use her phone and showed Investigators **CAMERON's**

Instagram.   **CAMERON's** Instagram had a photograph of a male that I recognized as

**CAMERON**.   I am familiar with the appearance of **CAMERON** from reviewing his

Florida Driver License photograph.   Investigators took a picture of the **CAMERON's**

Instagram and it is displayed below for the Court.   BAPTISTE explained that he had

"toast," or white females, go to the bank and cash the checks.   BAPTISTE explained that

**CAMERON** would have the "toast" on the phone with him while they did the bank

transactions.   BAPTISTE stated that **CAMERON** would start a timer and that if the

transaction was taking too long or if the teller would say anything weird, he would have

the "toast" drive away.   BAPTISTE stated that she went approximately once or twice

with **CAMERON** to cash checks.   When asked about what **CAMERON** was saved in

her phone as, BAPTISTE stated that **CAMERON** was saved as "Babe" or "Nard."

BAPTISTE stated that she thought he originally had a phone number starting with "754"

but got a new phone number, which was identified as 203-802-0755 (**CAMERON's**

Phone).   BAPTISTE stated that **CAMERON** tried not to talk to the "toast" in front of

her because he said that the less she knew the better.   BAPTISTE stated that all

**CAMERON** does is work with "toasts" and that he was just released from prison in

Louisiana for the same offense.   BAPTISTE claimed that **CAMERON** told her to not

talk to the "toasts" and that **CAMERON** would pay the "toasts" approximately 10% -

25% of the profits.   When asked about IDs and checks, BAPTISTE stated that she saw

approximately two to three checkbooks and five to 10 identifications with **CAMERON**.

When asked who else was on the Portland trip with them, BAPTISTE stated that there

were only three people: the "toast," her, and **CAMERON**.   Investigators then showed

**Affidavit of Clinton Lindsly**                                                              **Page 7**

BAPTISTE the Florida Driver license photograph of **CAMERON**, and BAPTISTE confirmed that was the "Leonardo Cameron" that she described.   During my review of Cameron's Instagram account (**CAMERON's** Instagram), I observed the picture of a male that I recognized as **CAMERON**.   According to criminal history records, BAPTISTE has state convictions for petty larceny and grand larceny.   **CAMERON's** involvement has been independently corroborated by this investigation involving toll records, wire transfer records, historical cell tower location data, and independent statements by her co-conspirator WRIGHT.



*Photograph of the CAMERON's Instagram from BAPTISTE's Cell Phone*

14.     During my review of **CAMERON's** criminal history, I learned that **CAMERON** had multiple convictions for crimes that are similar to the ones under current investigation including:

      a.      **CAMERON** has a 2016 state misdemeanor conviction of "Simple Burglary" in the state of Louisiana.

      b.      **CAMERON** has a 2018 state felony conviction of "Conspiracy to Commit Identity Theft" in the state of North Carolina.

      c.      **CAMERON** has a 2018 state misdemeanor of "Conspiracy to Commit Break & Enter Motor Vehicle" in the state of North Carolina.

      d.      **CAMERON** has a limited extradition state warrant issued in Maryland for larceny and is currently a fugitive from justice.

*Investigators Identify CAMERON's Cell Phone*

15.     According to law enforcement and financial databases, I identified several transactions conducted by **CAMERON** via Western Union whereas his reported phone number was 754-304-7452 (**CAMERON's** Former Phone).   Additionally, these transactions confirmed that **CAMERON** was in Portland during the crime spree and were in close proximity to the bank fraud perpetrated by WRIGHT and BAPTISTE as follows:

      a.      On July 30, 2020, at approximately 9:43 p.m., **CAMERON**[2], who reported telephone number 754-304-7452 (**CAMERON's** Former Phone), sent $192.50, including fees, from WALGREENS #1089 located at 13503 SE Mill Plain Blvd. Suite

2 According to Western Union records, the person conducting this transaction provided CAMERON's date of birth and Florida Driver license.

**Affidavit of Clinton Lindsly**                                           **Page 9**

120, Vancouver, Washington 98684.   This transaction was received by Passion Williams

on August 2, 2020, at approximately 7:35 p.m. at AMSCOT #219 located at 5521 W

Oakland Park Blvd, Lauderhill, Florida 3313.

      b.    On August 3, 2020, at approximately 11:35 p.m., **CAMERON**[3], who

reported telephone number 754-304-7452 (**CAMERON's** Former Phone), sent

$2,894.00, including fees, from WALGREENS #3514 located at 9505 Bridgeport Way

SW, Lakewood, Washington 98499.   This transaction was received by Javond Hall on

August 4, 2020, at approximately 1:15 p.m. at MONEYTREE #37 located at 2528 S

38TH Street Suite E, Tacoma, Washington 98409.

*Investigators Review Toll Records for the* CAMERON's Former Phone

      16.    On November 30, 2020, I reviewed subscriber and toll records for **CAMERON's**

Former Phone, which was obtained from T-Mobile by an administrative subpoena.   As reflected

above, this phone number was associated to Western Union transactions conducted by

**CAMERON**.   According to subscriber records, phone number 754-304-7452 has no subscriber

information, is a "TRACFONE," and was activated on April 22, 2020.

      17.    I then reviewed call / text message activity around the identified FTFCU bank

fraud transactions that occurred on July 30, 2020 and July 31, 2020.   I identified a high

frequency of toll connectivity between **CAMERON's** Former Phone and phone number 443-

704-7511, which was identified in this investigation to be used by WRIGHT.   Additionally,

around the time of each bank fraud incident, it appeared that **CAMERON** and WRIGHT had an

active call in progress with each other, consistent with **CAMERON** monitoring the bank fraud

---

3 According to Western Union records, the person conducting this transaction provided CAMERON's date of birth and Florida Driver license.

**Affidavit of Clinton Lindsly**          **Page 10**

transactions from a remote location as described by BAPTISTE.   I have provided the below

table for the Court to illustrate the toll connectivity in relation to the bank fraud perpetrated by

WRIGHT:

| Date: | Time: | Phone Activity: | Bank Fraud: |
|---|---|---|---|
| July 30, 2020 | 1:45 p.m. | **CAMERON's** Former Phone called WRIGHT | |
| | 2:11 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 2:11 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 2:11 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 2:12 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 2:12 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 2:13 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 2:16 p.m. | **CAMERON's** Former Phone called WRIGHT | |
| | 2:20 p.m. | WRIGHT called **CAMERON's** Former Phone | |
| | 2:27 p.m. | **CAMERON's** Former Phone called WRIGHT | |
| | 3:18 p.m. | **CAMERON's** Former Phone called WRIGHT for a duration of 110 minutes | |
| | 3:30 p.m. | | Bank Fraud FTFCU $1,923 |
| | 3:31 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 3:32 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 4:23 p.m. | | Bank Fraud FTFCU $1,923 |
| | 4:30 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 4:30 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 5:04 p.m. | | Bank Fraud FTFCU $2,223 |
| | 5:10 p.m. | **CAMERON's** Former Phone called WRIGHT | |
| | 5:12 p.m. | **CAMERON's** Former Phone called WRIGHT | |
| | 5:15 p.m. | **CAMERON's** Former Phone called WRIGHT | |

| | 5:15 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 5:16 p.m. | WRIGHT called **CAMERON's** Former Phone | |
| July 31, 2020 | 11:26 a.m. | **CAMERON's** Former Phone called WRIGHT for a duration of 185 minutes | |
| | 2:33 p.m. | **CAMERON's** Former Phone called WRIGHT for a duration of 52 minutes | |
| | 2:33 p.m. | | Bank Fraud FTFCU $2,300 |
| | 2:51 p.m. | | Bank Fraud FTFCU $2,000 |
| | 3:01 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 3:03 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 3:30 p.m. | **CAMERON's** Former Phone called WRIGHT for a duration of 27 minutes | |
| | 3:57 p.m. | **CAMERON's** Former Phone called WRIGHT for a duration of 5 minutes | |
| | 4:04 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 4:04 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 4:04 p.m. | **CAMERON's** Former Phone text messaged WRIGHT | |
| | 4:05 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 4:06 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 4:07 p.m. | WRIGHT text messaged **CAMERON's** Former Phone | |
| | 4:16 p.m. | WRIGHT called **CAMERON's** Former Phone for a duration of 18 minutes | |
| | 4:29 p.m. | | Bank Fraud FTFCU $2,300 |

*Investigators Interview CAMERON*

18.     On December 1, 2020, at approximately 11:18 a.m., I called phone number 203-802-0755 (**CAMERON's** Phone).   This phone number was provided by BAPTISTE as **CAMERON's** new phone number.   The purpose of the call was to attempt to speak with

**Affidavit of Clinton Lindsly**                                              **Page 12**

CAMERON regarding his involvement in the bank fraud that occurred in Portland in July 2020. The call was recorded, conducted in the English language, and is not verbatim.   In summary:

      a.      I identified myself as a Special Agent with Homeland Security Investigations in Portland, Oregon.   I explained that his girlfriend "Nancy Jean Baptiste" and "Jennifer Wright" were recently arrested.   CAMERON stated that he knew BAPTISTE but denied know "Jennifer Wright."   I explained that BAPTISTE was in Portland, Oregon committing bank fraud by using other people's identifications and checkbooks.   I stated that when BAPTISTE and WRIGHT were arrested, they both identified him (CAMERON) as being involved in the bank fraud that occurred in Portland, Oregon.   CAMERON immediately stated that he wasn't up "there."   I confronted CAMERON with the fact that he wired money from Portland, Oregon to his girlfriend "Passion" during the same time period.   CAMERON stated that it wasn't him that wired the money.   When asked why BAPTISTE would identify him, CAMERON stated that he didn't know why she would say any of that.   When asked if there would be any messages with her (BAPTISTE) about booking plane tickets or car rentals with him, CAMERON stated that there wouldn't be any.   When asked whether his cell phone records would place him in Portland, Oregon in July or August, CAMERON stated that they wouldn't.   CAMERON again stated that he didn't remember sending any money to Passion Williams.   I stated that BAPTISTE claimed that they met on Instagram back in April, that he was responsible for booking the tickets and car rentals, that he was observed with stacks of IDs and checkbooks, and that he was using "Jennifer" to go into the bank and cash the checks.   CAMERON stated "that was false" and asked again where it occurred.   I stated that it was in Portland, Oregon and again asked CAMERON

**Affidavit of Clinton Lindsly**                                        **Page 13**

if he was there in July, to which **CAMERON** stated "no."   When asked who would have

used his ID to send money to Passion Williams, **CAMERON** answered in the negative.

I then informed **CAMERON** that lying to a federal agent is a crime.   I again asked

**CAMERON** if what BAPTISTE had said was true or not, **CAMERON** said that it

wasn't true.   I then asked **CAMERON** about WRIGHT's statements about identifying

his Instagram account and the fact that he paid her 10-15% to cash the checks, to which

**CAMERON** answered in the negative.   I asked if his fingerprints would be on any of the

checks, to which **CAMERON** denied.   I asked if he would be on any surveillance

footage renting a room with BAPTISTE or in Walgreens sending money, to which

**CAMERON** denied.   When asked where he was currently located, **CAMERON** kept

responding "no sir."   **CAMERON** again stated that he wasn't part of any trip with

BAPTISTE and couldn't provide any names of any other suspects.   **CAMERON** stated

that it had been awhile since he talked to BAPTISTE and didn't know what she was

doing.   **CAMERON** again asked who he was speaking with, to which I identified myself

again as a federal agent.   I explained that BAPTISTE and WRIGHT were recently

charged and arrested for being in Portland, Oregon and breaking into people's cars, and

stealing their IDs and their checkbooks.   Before I could finish the sentence, the call

appeared to have been disconnected by **CAMERON**.   I tried to call **CAMERON** back

but the phone appeared to have been shut off.

      b.     Based on the evidence contained in this affidavit and the statements made

by **CAMERON**, I believe that **CAMERON** made materially false statements to me

about his involvement in the crime spree with co-defendants WRIGHT and BAPTISTE

in violation of 18 U.S.C. § 1001.

**Affidavit of Clinton Lindsly**                                                                 **Page 14**

*Historical Location Data Place CAMERON at Crime Locations*

19.      On December 11, 2020, the Honorable John V. Acosta, United States Magistrate

Judge, District of Oregon, authorized a search warrant (20-MC-1296) for historical location data

for phone number 754-304-7452 (**CAMERON's** Former Phone).

20.      On March 5, 2021, T-Mobile complied with the above search warrant and

provided me historical location data for **CAMERON's** Former Phone.

21.      On March 15, 2021, I completed a review of **CAMERON's** historical location

data and compared it to several of the crime events under investigation in this case.

Specifically, during my review I observed that **CAMERON's** Former Phone was in close

proximity to the theft from vehicle that occurred in Salem, Oregon on July 23, 2020, and at least

three of the bank impersonations that occurred between July 30, 2020 and July 31, 2020.

Additionally, during these identified three bank impersonations, **CAMERON's** Former Phone

was communicating with co-conspirator WRIGHT's cell phone.   For example:

      a.      *Theft from Vehicle*:   During the review of Salem PD Incident #20-18168,

I learned that the vehicle of Adult Victim-1 (ADV-1) was broken into on July 23, 2020,

between 6:33 p.m. and 7:41 p.m. at the Minto-Brown Island Park (dog park) located at

2100 Minto Island Rd. SE, Salem, Oregon 97302.    ADV-1's purse was stolen, which

contained ADV-1's identification, FTFCU bank card, and other information.

          i.      According to my review of GPS location data from **CAMERON's**

Former Phone, on July 23, 2020, at approximately 6:14 and 6:15 p.m.,

          ii.      **CAMERON's** Former Phone was utilizing a cellular tower at or

near 44.913956, -123.069402 (2975 River Rd S, Salem, Oregon 97302).

**Affidavit of Clinton Lindsly**                                                    **Page 15**

iii.        According to Google maps, **CAMERON's** Former Phone was less than one mile from the location where the theft from vehicle occurred at the approximate time the theft occurred.   I have provided an image depicting the distance for the Court:



b.        *Bank Fraud:*   On July 30, 2020, at approximately 3:30 p.m., and according to surveillance footage, a white Chevrolet Equinox LT pulled to the drive thru lane at FTFCU branch located at 8700 SW Nimbus Avenue, Beaverton, Oregon 97008. A female, later identified as WRIGHT, then provided ADV-1's Oregon Driver License and a check made payable to the victim from ADV-2 and ADV-3 in the amount of $1,923 dated July 24, 2020[4].   The check was issued from Oregon Community Credit Union[5] (OCCU) and had check #6001, routing number -4461, and account number -

---

4 ADV-2 and ADV-3's names are both on the check and was stolen from a theft from vehicle that occurred on July 26, 2020, between approximately 6:20 p.m. and 6:35 p.m. at Keizer Little League Gravel Parking Lot located at 5245 Ridge Drive, Salem, Oregon 97303. This was documented under Keizer Police Department Incident #KZP200024.

5 OCCU is federally insured by the National Credit Union Administration and therefore meets the federal

**Affidavit of Clinton Lindsly**                                                                          **Page 16**

3571.   The check was signed "ADV-2" and was endorsed on the back of the check by the victim's signature, which also included ADV-2's full social security number.

      i.      According to my review of GPS location data from **CAMERON's** Former Phone, on July 30, 2020, at approximately 3:18 p.m., **CAMERON's** Former Phone was utilizing a cellular tower at or near 45.464988, -122.787083 (7675 SW Nimbus Ave., Beaverton, Oregon 97223).   Toll records confirm that **CAMERON** was communicating with WRIGHT and had an open phone line for over one hour.

      ii.      According to Google maps, **CAMERON's** Former Phone was less than one mile from the location where the bank fraud occurred involving WRIGHT at the approximate time the theft occurred.   I have provided an image depicting the distance for the Court:



---

definition of a "financial institution" pursuant to 18 U.S.C. § 20.

**Affidavit of Clinton Lindsly**

c.   _Bank Fraud:_   On July 30, 2020, at approximately 5:04 p.m., and according to surveillance footage, a white Chevrolet Equinox LT pulled to the drive thru lane at FTFCU branch located at 17877 NW Evergreen Parkway, Hillsboro, Oregon 97006.   WRIGHT then provided ADV-1's Oregon Driver License and a check made payable to the victim from ADV-2 and ADV-3 in the amount of $2,223 dated July 24, 2020.   The check was issued from OCCU and had check #6003, routing number -4461, and account number -3571.   The check was signed "ADV-3" and was endorsed on the back of the check by the victim's signature, which also included ADV-3's full social security number.

i.   According to my review of GPS location data from **CAMERON's** Former Phone, on July 30, 2020, at approximately 5:10 p.m., **CAMERON's** Former Phone was utilizing a cellular tower at or near 45.5342, -122.8496 (17005 NW Cornell Rd., Beaverton, Oregon 97006).   Toll records confirm that **CAMERON** was communicating with WRIGHT.

ii.   According to Google maps, **CAMERON's** Former Phone was less than one mile from the location where the bank fraud occurred involving WRIGHT at the approximate time the theft occurred.   I have provided an image depicting the distance for the Court:



**Affidavit of Clinton Lindsly**                                           **Page 18**

d.   _Bank Fraud:_   On July 31, 2020, at approximately 2:33 p.m., and according to surveillance footage, a white SUV, consistent with a Chevrolet Equinox LT, pulled to the drive thru lane at FTFCU branch located at 5860 NE Cornell Rd, Hillsboro, Oregon 97124.   The imposter (footage not available of female but is believed to be WRIGHT) withdrew $2,300 in cash off of ADV-1's savings account ending in -1811.

i.   According to my review of GPS location data from **CAMERON's** Former Phone, on July 31, 2020, at approximately 2:33 p.m., **CAMERON's** Former Phone was utilizing a cellular tower at or near 45.53122, -122.90878 (6950 NE Campus Dr., Hillsboro, Oregon 97214).   Toll records confirm that **CAMERON** was communicating with WRIGHT and had an open line for just under one hour.

ii.   According to Google maps, **CAMERON's** Former Phone was less than one mile from the location where the bank fraud occurred involving WRIGHT at the approximate time the theft occurred.   I have provided an image depicting the distance for the Court:



_Unrelated Investigation Identifies CAMERON Involved in Bank Fraud_

22.   In February 2021 I became aware of multiple unrelated investigations involving thefts from vehicles and bank fraud, which occurred in Connecticut and Maine in October 2020

**Affidavit of Clinton Lindsly**                                                     **Page 19**

and November 2020, respectively.   Specifically, I learned that multiple vehicles were broken into and the victims' identifications and/or checkbooks were used to commit bank fraud in both states.   Due to similar modus operandi, geographic area, short time period, and overlap of victims, Investigators believed that all the investigations were related.

23.     I learned that in November 2020 Investigators in Maine arrested Megan BONNER for impersonating victims and cashing other victims' stolen checks.   I became aware of this investigation because during a review of BONNER's cell phone (321-217-3036), phone number 203-802-0755 (**CAMERON's** Phone) was identified to be potentially involved in the criminal activity.   During the time period of the bank fraud, Investigators identified that BONNER's phone was in frequent communication with **CAMERON's** Phone, approximately 42 times between November 6, 2020 and November 10, 2020.   Of these calls, at least 10 of them were over 10 minutes in duration, which is consistent with keeping an open phone line during bank fraud impersonations.   During her arrest, BONNER was found in possession of 36 unique female identifications (i.e. Driver Licenses) from 11 different states including Connecticut, Florida, Illinois, Maine, Montana, North Carolina, Kansas, New Hampshire, Rhode Island, South Carolina, Tennessee, and Wisconsin.

24.     An Investigator involved in the Norwalk investigation subsequently sent me a surveillance footage image of one of the bank fraud incidents that occurred in Connecticut in October 2020.   The image depicted a male in the passenger seat that I immediately recognized as **CAMERON**.   The female in the footage doing the impersonation was not BONNER.   I am familiar with the appearance of **CAMERON** from reviewing his Florida Driver License photograph and his Instagram profile image.   I have provided a side by side comparison of the

**Affidavit of Clinton Lindsly**                                                                    **Page 20**

image from bank fraud incident provided to me and **CAMERON's** Florida Driver License photograph:

 

*Bank Fraud Image*          *CAMERON's DL Photograph*

25.     Based on the facts that I believe **CAMERON** was on camera in the car while bank fraud was being committed in Connecticut in October 2020 and that his phone number was in frequent communication with BONNER while she was committing bank fraud in Maine in November 2020, I believe that **CAMERON** is continuing his criminal activity in other Districts.

*WRIGHT Interviewed Again*

26.     On March 12, 2021, I interviewed WRIGHT pursuant to a proffer agreement. WRIGHT agreed to meet with Investigators in hopes of reducing her sentence.   No promises or assurances were provided to WRIGHT.   Initially, WRIGHT stated that her only bank fraud activity since 2018 was the activity under current investigation.   However, when confronted with surveillance images of WRIGHT committing bank fraud in other states in 2020, WRIGHT admitted that she committed additional bank fraud.   When asked why she wasn't truthful, WRIGHT stated that she has a really bad memory.   WRIGHT stated that **CAMERON** first

**Affidavit of Clinton Lindsly**                                    **Page 21**

contacted her via his Instagram account "Lowkey" (**CAMERON's** Instagram).   WRIGHT

stated that **CAMERON** told her she was pretty on Instagram and then she eventually agreed to

work with **CAMERON** to commit bank fraud.   WRIGHT stated that she traveled to Oregon at

least twice during 2020 to commit bank fraud with **CAMERON**.   Even though WRIGHT

wasn't initially fully truthful about her criminal involvement, I believe her to be reliable and

credible since the information has been independently verified by this investigation.

*CAMERON's Instagram Still on Instagram*

27.    On March 15, 2021, at approximately 11:24 p.m., I searched Instagram for

**CAMERON's** Instagram.   During my search, I located **CAMERON's** Instagram with the

statement "*Long as they print this shit ima go get it (money bag emoji),*" that **CAMERON's**

Instagram has seven "Posts," 1,229 "Followers," and is "Following" 289 users.   I have provided

a screenshot of **CAMERON's** Instagram depicting a male that I recognize as **CAMERON** for

the Court:



**Affidavit of Clinton Lindsly**                                                    **Page 22**

*Review of WRIGHT's Instagram Account Confirmed CAMERON's Involvement*

28.     On March 16, 2021, and pursuant to written consent, I reviewed the contents of WRIGHT's cell phone (443-704-7511).   WRIGHT's cell phone was seized during her arrest on November 16, 2020.   While reviewing her phone, I located the Instagram application saved on her phone.   Instagram was already signed into an account with the username "Lauderdale_Barbii."   I located a private message string between WRIGHT and **CAMERON's** Instagram, which displayed a photograph that I recognized as **CAMERON**.   The message string went from at least May 2019 to shortly before WRIGHT's arrest.   Based on my review of the messages and my training and experience, the content of the messages initially focused on **CAMERON** recruiting WRIGHT to assist him in committing bank fraud and discussion about what WRIGHT's percentage of the illegal profits would be.   Initially, **CAMERON** offered "25%" of the illegitimate profits, to which WRIGHT ultimately agreed on "20%."   WRIGHT told **CAMERON** that she didn't "work with other girls…I be in the car (s)olo," or that WRIGHT only committed the bank fraud alone (i.e. CAMERON not in the car) and didn't work with other impersonators.   Additionally, **CAMERON** provided phone number 754-304-7452 (**CAMERON's** Former Phone) for WRIGHT to call him.   This is the same phone number that historical cell tower location records confirmed **CAMERON** was near and/or at a theft from vehicle and several bank impersonations identified in this investigation.   This discussion was immediately prior to the crime spree that occurred in the District of Oregon under current investigation.   I have provided several examples of relevant messages between **CAMERON's**

/ / /

/ / /

/ / /

**Affidavit of Clinton Lindsly**                                                        **Page 23**

Instagram and WRIGHT for the Court below.[6]   **CAMERON's** Instagram is identified by a grey

bubble and WRIGHT's communications are identified by a blue bubble:







---

6 These examples do not reflect the entirety of the conversation between **CAMERON's** Instagram and WRIGHT.

**Affidavit of Clinton Lindsly**                                                    **Page 24**









29.     Based on the fact that **CAMERON** was identified by WRIGHT and BAPTISTE

separately as being a co-conspirator, that WRIGHT and BAPTISTE both stated that

**CAMERON** initially contacted them via **CAMERON's** Instagram, that **CAMERON** wire

transferred money reporting **CAMERON's** Former Phone from the greater Portland area several

hours after bank fraud was committed by WRIGHT at FTFCU, that my review of cell phone

records from the **CAMERON's** Former Phone showed a high frequency of communication with

WRIGHT during the commission of the bank fraud at FTFCU, that historical cell tower location

data place **CAMERON** at multiple crime events identified in this investigation, and that my

review of WRIGHT's Instagram account confirmed messages with **CAMERON's** Instagram

related to the bank fraud conspiracy, I believe that **CAMERON** committed the Target Offenses

and used the **CAMERON's** Instagram in the commission of the Target Offenses.   Additionally,

I believe that **CAMERON** is continuing to commit additional crime sprees in other Districts.   I

believe that **CAMERON** recruited WRIGHT and BAPTISTE using his Instagram account

(**CAMERON's** Instagram) and that **CAMERON** is continuing to use the **CAMERON's**

**Affidavit of Clinton Lindsly**                                                                **Page 26**

Instagram to further his criminal activities, recruit new members, and to communicate with co-conspirators.

## Conclusion

30.     Based on the fact that **CAMERON** was identified by WRIGHT and BAPTISTE separately as being a co-conspirator, that WRIGHT and BAPTISTE both stated that **CAMERON** initially contacted them via **CAMERON's** Instagram, that **CAMERON** wire transferred money reporting **CAMERON'S** Former Phone from the greater Portland area several hours after bank fraud was committed by WRIGHT at FTFCU, that my review of cell phone records from the **CAMERON's** Former Phone showed a high frequency of communication with WRIGHT during the commission of the bank fraud at FTFCU, that historical cell tower location data place **CAMERON** at multiple crime events identified in this investigation, and that my review of WRIGHT's Instagram account confirmed messages with **CAMERON's** Instagram related to the bank fraud conspiracy, I believe that CAMERON committed the Target Offenses. Therefore, I respectfully request that the Court issue a criminal complaint charging **CAMERON** with those offenses..

31.     Prior to being submitted to the Court, this affidavit, the proposed criminal complaint, and the requested arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Meredith Bateman and AUSA Geoffrey Barrow.   I was informed that it is AUSA Bateman's and AUSA Barrow's opinion that the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint.

## Request for Sealing

32.     I further request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested arrest warrant, including the application,

**Affidavit of Clinton Lindsly**                                                                                    **Page 27**

this affidavit, and the requested arrest warrant.   I believe that sealing these documents is necessary because any disclosure of the information at this time may cause **CAMERON** to flee or take further steps to avoid apprehension by law enforcement.   Premature disclosure of the contents of the application, this affidavit, and the requested arrest warrant may adversely affect the integrity of the investigation.

*By Phone*
_____
CLINTON LINDSLY
Special Agent, DHS/ICE/HSI

Sworn in accordance with the requirements of FED. R. CRIM. P. 4.1 by telephone at 12:10 p.m. on March 19, 2021.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge